**Mark Young**

| | |
|---|---|
| From: | Wilson, Neil B [WilsonN@pbso.org] |
| Sent: | Thursday, November 13, 2014 4:28 PM |
| To: | 'myoung@younglaw.info' |
| Subject: | FW: PBSO Case Report No. 14-133858 |

Mr. Young,

I am sorry for the confusion, your file packet will be completed and hand delivered to the State Attorney's Office Intake Division tomorrow morning.

If you have any questions, please feel free to call me at (561) 718-0751

Thank you,
Sergeant Wilson ID # 8435

---

**From:** Smith, Tracy S
**Sent:** Thursday, November 13, 2014 2:29 PM
**To:** 'Mark Young'
**Cc:** Wilson, Neil B; Combs, David L
**Subject:** RE: PBSO Case Report No. 14-133858

Mr. Young,

I contacted the State Attorneys Office Intake Division in reference to your civil case. I spoke with the intake supervisor, (Bill Liguiniger's Supervisor, whom I believe you spoke with), as to how to file the case which is protocol for us if there is any question. I was instructed that the State Attorneys Office would not accept the case for review, and the information was forwarded to Sgt. Wilson. This is the State Attorneys decision. They are aware that your case is coming before Judge Cox on the 25th of this month, and stated that it is a civil matter.

In reference to your materials, you may either stop by District 15 and retrieve them, or we can shred them with your approval via e-mail, however, we cannot hold them past 5 days, and we cannot mail them.

Any further questions that you have please direct them to the Palm Beach County State Attorneys office.

Respectfully,



EXHIBIT 7

*Deputy Tracy S Smith #8430*
*District 15 / Road Patrol*
*200 Civic Center Way, Suite 300, Royal Palm Beach 33411*
561-687-6800

1

**From:** Mark Young [mailto:myoung@younglaw.info]
**Sent:** Thursday, November 13, 2014 11:13 AM
**To:** Smith, Tracy S
**Subject:** RE: PBSO Case Report No. 14-133858

Deputy Smith:

I received your voicemail message today informing me that you spoke with an intake supervisor at the State Attorney's office and read a portion of my materials to the person and they agreed with you that there was no extortion case. When I was at the station on Monday, Sergeant Wilson said you were going to prepare a packet to send to the State Attorney's office. Based on Sergeant Wilson's statement, I thought my materials would be sent to the State Attorney's office.

Please provide me with the name and phone number of the intake supervisor you spoke with at the State Attorney's office, so that I can follow up.

Please mail me back my documents, so that I can mail the materials to the State Attorney's office. My address is:
Mark Young
4870 127th TRL N
West Palm Beach, FL 33411

Thank you.

Mark Young

---

**From:** Mark Young [mailto:myoung@younglaw.info]
**Sent:** Tuesday, November 11, 2014 5:43 PM
**To:** 'Smith, Tracy S'
**Subject:** RE: PBSO Case Report No. 14-133858

Deputy Smith:

Please find attached a document, where Andre Young self-identifies himself as a law enforcement in a public document filed with the Court. If you need any additional information, please let me know.

Respectfully,

Mark Young

---

**From:** Smith, Tracy S [mailto:SmithTS@pbso.org]
**Sent:** Friday, October 24, 2014 3:03 PM
**To:** 'Mark Young'
**Subject:** RE: PBSO Case Report No. 14-133858

Mr. Young,

I received the e-mails that I requested. Again, I advise you that this is a civil matter, and the Sheriff's Office does not get involved in civil matters. Our sole purpose is to keep the peace. Please feel free to contact the ███ Office of Professional regulations if you have a complaint against "Andre Young", and as advised, you are free to make an appointment with the PBC State Attorney's Office. I have added the e-mails exactly as I received them to the original report as you requested. You can obtain a copy of the completed report from our central records division.

Respectfully,

2

D/S T. Smith #8430

**From:** Mark Young [mailto:myoung@younglaw.info]
**Sent:** Friday, October 24, 2014 10:50 AM
**To:** Smith, Tracy S
**Subject:** PBSO Case Report No. 14-133858

Dear Deputy Smith:

Please find attached the extortion email you requested. I continue to believe Andre Young's email is felony extortion, a second degree felony. The email threatens to report me to the Florida Bar unless I buy his silence by signing a release (which could be worth as much as $24,000). Attached is a case where a husband committed felony extortion by threatening to report his wife to the IRS for concealing income to get a better divorce settlement.

> Whoever ... by a written or printed communication ... by such communication maliciously threatens an injury to the person, property or reputation of another, or maliciously threatens to expose another to disgrace, or to expose any secret affecting another ... with intent thereby **to extort** money or **any pecuniary advantage whatsoever,** or with intent to compel the person so threatened, or any other person, to do any act or refrain from doing any act against his or her will, shall be guilty of a **felony of the second degree**.
>
> *Florida Statute § 836.05   [Emphasis added]*

Andre Young's extortion email states:

> Your unethical attempt to now establish a new contractual agreement is completely unethical and should get you suspended or disbarred for the attemp alone! ... At this point I am not asking anymore but **I'm demanding that you provide me the attached release before 10 am today.... I will also notify the judge, the bar association** and all remaining parties of your unethical attempt to establish a new contract with me after formally withdrawing from this case. If I do not receive the requested release immediately (by 10 am today October 17, 2014) I will assume you have made your position known. ... Not that you even deserve the courtesy at that point, **but due to the God in Me, I will give you this chance to send the waiver and overlook your desperate and unethical release black mail attempt!**
>
> Andre Young

Thank you for your attention to this matter.

Mark Young, Esq., MBA, JD, BSCE
**Law Offices of Mark WS Young**
4870 127th TRL N
West Palm Beach, FL 33411
561-784-2322