UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MARK YOUNG
   Plaintiff

V.

STATE OF FLORIDA, et.al.
   Defendants

Case No.  15-CV-81104-DMM

CIVIL DIVISION

MIDDLEBROOKS / BRANNON

### PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS
### DEFENDANT ANDRE M. YOUNG WITHOUT PREJUDICE

Plaintiff MARK YOUNG (**"Plaintiff"**) files this motion to dismiss all claims against Defendant Andre M. Young without prejudice.  This motion is filed pursuant to *Fed. R. Civ. P. 7 and 41*.

### BACKGROUND

Plaintiff is Mark Young.  Plaintiff voluntarily dismissed Defendant State of Florida [DE 25] and Defendant Tracy S. Smith [DE 52] without prejudice.

Defendant Andre M. Young filed an Answer [DE 21], which was largely argumentative, rather than admitting and denying allegations.  After filing an answer, Defendant Young then filed a motion in joinder of another defendant's a motion to dismiss [DE 24].  The Court granted a motion to dismiss and granted Plaintiff leave to amend.  [DE 51]  There is an existing confidentiality order in state court, resulting in information in this case being redacted.[1]  The Court's order noted certain information in the Complaint [DE 1] was redacted to comply with a state confidentiality order.  [DE 51]

---

[1] Circuit Court Judge Donald W. Hafele's Order dated July 30, 2015; *Young v. Ross Construction & Builders, Inc.*, Case No. 50-2011-CA-005959-MB-AG; In The Circuit Court Of the 15th Judicial Circuit; In And For Palm Beach County, Florida.

1

Defendant Young refused to attend a 26F discovery conference, unless ordered to do so by the Court, necessitating a motion to compel attendance.  [DE 43]  Without a discovery conference, discovery has not occurred in this case.  Similarly, the parties never set a mediation date, so mediation did not occur in this case.  [DE 43]

Granting this motion would resolve all of Plaintiff's claims in this case, so the case in its entirety would be dismissed.

## MEMORANDUM OF LAW

*Fed. R. Civ. P. 41(a)(2)* allows a Plaintiff to move the Court for voluntary dismissal without prejudice.  The "default" language of *Rule 41(a)(2)* is for a dismissal to be without prejudice.

In this case, information was redacted to comply with a state confidentiality order.  The various constraints of the state confidentiality order may make litigating this case in federal court impractical for Plaintiff with risks of violating the state court order, although federal courts have original jurisdiction of *42 USC § 1983* actions.  Thus, Plaintiff moves to dismiss Defendant Young without prejudice.

## PRAYER

Plaintiff prays this Court grant Plaintiff's request to dismiss Defendant Andre M. Young without prejudice.

## CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that on **November 18, 2015** I caused a true and correct copy of the foregoing document(s) to be delivered to:

*Via Court E-Service:*
**David Glantz, Esq.**

Assistant Attorney General
Office of Florida Attorney General
110 SE 6 Street, 10 Floor
Fort Lauderdale, FL 33301
David.Glantz@myfloridalegal.com
Phone (954) 712-4608;  Fax (954) 527-3703
ATTORNEYS FOR DEFENDANT STATE OF FLORIDA

*Via Court E-Service*
**Daniel L. Losey, Esq.**
Kelley Kronenberg
8201 Peters, Road, Suite 4000
Fort Lauderdale, Florida 33324
E-Mail: dlosey@kelleykronenberg.com
Tel: 954-370-9970; Fax: 954-333-3763
ATTORNEYS FOR DEFENDANT  TRACY S. SMITH

*Via US Mail*
**Andre M. Young**
2130 Sheridan Street
Detroit, MI. 48214
DEFENDANT

    Respectfully submitted,

*/s/ Mark Young*
**Mark Young, Esq.**
Fla. Bar No. 48822
4870 127th TRL N
West Palm Beach, FL 33411
Tel: (561) 784-2322
PLAINTIFF

*"Jus est ars boni et aequi"*
"Law is the science of what is good and just"