UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-cv-81104-MIDDLEBROOKS

MARK YOUNG,

    Plaintiff,

v.

STATE OF FLORIDA, TRACY S. SMITH, ANDRE YOUNG,

    Defendants.

_____/

## ORDER DENYING MOTION FOR SANCTIONS

On November 10, 2015, I granted Defendants Tracy S. Smith and Andre Young's Motions to Dismiss. (DE 51). In that Order, I provided Plaintiff until November 20, 2015 to file an amended complaint. Plaintiff did not file an amended complaint, and I dismissed this Case on November 23, 2014. (DE 56). On November 23, 2015, Defendant Andre Young filed a Motion to Sanction Plaintiff. (DE 55). I do not find cause to impose sanctions against Plaintiff at this time.

**ORDERED and ADJUDGED** that Defendant's Motion for Sanctions (DE 55) is **DENIED.**

**DONE and ORDERED** in Chambers, at West Palm Beach, Florida this 30 day of November, 2015.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record